LUIS F. LUCIANI, Respondent, v. ERIE ENGINE WORKS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on *Beck* v. *North Packing & Provision Co.* (159 App. Div. 418). Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

LOUIS SLONIMSKY, Respondent, v. DAVID LEVIN, Appellant.— Order modified by providing that the summons be amended by inserting the name of the representative of the plaintiff in place of the plaintiff, testator; that a supplementary complaint issue, and that the said amended summons and supplementary complaint may be served upon the attorney for the defendant within twenty days after service of the order to be entered hereon, with notice of entry thereof, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HARRY L. DAURNHEIM and Another, Appellants, v. AUGUST TONELLI, Respondent.— Order affirmed, with ten dollars costs and disbursements, No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ETHEL M. LENHARD v. MUTUAL LIFE INSURANCE COMPANY.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

BECKIE ADELMAN v. UVALDE ASPHALT PAVING COMPANY. ISAAC ADELMAN v. UVALDE ASPHALT PAVING COMPANY.— Applications denied, with ten dollars costs. Orders signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

JOSEPH HERZOG v. GUSTAV VIEHLE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

EMIL KAUFMAN v. ARNOLD LEVY.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CHRIS LORENZEN v. JOHN MARTIN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

GERTRUDE STOEHR v. NEW YORK RAILWAYS COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ANTON BIELEWICZ v. MARY M. EVERHARD. ANNA BIELEWICZ v. MARY M. EVERHARD.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

GOEFFREY GALWAY v. LORENZ G. SPENDLER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ. ·

STANLEY GERSON v. S. A. JACOBSON COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.